UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETTERS COMPANY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>STAYHEALTHY, INC.,<br>AMERISOURCEBERGEN CORPORATION,<br>AMERISOURCEBERGEN DRUG<br>CORPORATION,<br>AMERISOURCEBERGEN SERVICES<br>CORPORATION, and<br>BERGEN BRUNSWIG DRUG COMPANY,<br><br>Defendants. | Court File No. for Main Action<br>03-3210 (JRT/FLN)<br>(District of Minnesota)<br><br><br>**Court Misc. File No. for this Motion**<br>**C.A. No. 1:04-mc-10269-DPW**<br>**(District of Massachusetts)** |

## NOTICE OF APPEARANCE OF MARK M. WHITNEY, ESQ.

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for the plaintiff-nonmovant, Petters Company, Inc., in the above-captioned action.

Dated: October 6, 2004

Respectfully Submitted,

PETTERS COMPANY, INC.,

/s/ Mark M. Whitney
_____
Mark M. Whitney, Esq.
BBO # 637054
MORGAN BROWN & JOY, LLP
One Boston Place
Boston, MA 02108
Telephone (617) 523-6666
Fax (720) 293-9696
*Local Counsel for Plaintiff*

- 2 -

                      David R. Marshall (MN #184457)
                      Crystal M. Patterson (MN #030492X)
                      FREDRIKSON & BYRON, P.A.
                      200 South Sixth Street
                      Minneapolis, MN 55402
                      Telephone (612) 492-7154/7192
                      Fax (612) 492-7077
                      *Co-Counsel for Plaintiff*

Dated: October 6, 2004

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been sent by regular mail to Mr. Duff Brace, *pro se movant*, 887 Broadway, Hanover, MA 02339, on the 6th day of October, 2004.

                      /s/ Mark M. Whitney
                      _____
                      Mark M. Whitney, Esq.