# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETTERS COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STAYHEALTHY, INC., <br> AMERISOURCEBERGEN CORPORATION, <br> AMERISOURCEBERGEN DRUG CORPORATION, <br> AMERISOURCEBERGEN SERVICES CORPORATION, and <br> BERGEN BRUNSWIG DRUG COMPANY, <br><br> Defendants. | Court File No. for Main Action <br> 03-3210 (JRT/FLN) <br> (District of Minnesota) <br><br> **Court Misc. File No. for this Motion** <br> **C.A. No. 1:04-mc-10269-DPW** <br> **(District of Massachusetts)** |

## CORRECTED NOTICE OF APPEARANCE OF MARK M. WHITNEY, ESQ.

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel of record for the plaintiff-nonmovant, Petters Company, Inc., in the above-captioned action.

Dated: October 6, 2004

                                            Respectfully Submitted,

                                            PETTERS COMPANY, INC.,

                                            /s/ Mark M. Whitney
                                            _____
                                            Mark M. Whitney, Esq.
                                            BBO # 637054
                                            MORGAN BROWN & JOY, LLP
                                            One Boston Place
                                            Boston, MA 02108
                                            Telephone (617) 523-6666
                                            Fax (720) 293-9696
                                            *Counsel for Plaintiff*

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been sent by regular mail to Mr. Duff Brace, *pro se movant*, 887 Broadway, Hanover, MA  02339, on the 6th day of October, 2004.

/s/ Mark M. Whitney
_____
Mark M. Whitney, Esq.