UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETTERS COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STAYHEALTHY, INC., <br> AMERISOURCEBERGEN CORPORATION, <br> AMERISOURCEBERGEN DRUG <br> CORPORATION, <br> AMERISOURCEBERGEN SERVICES <br> CORPORATION, and <br> BERGEN BRUNSWIG DRUG COMPANY, <br><br> Defendants. | Court File No. for Main Action <br> 03-3210 (JRT/FLN) <br> (District of Minnesota) <br><br><br> **Court Misc. File No. for this Motion** <br> **C.A. No. 1:04-mc-10269-DPW** <br> **(District of Massachusetts)** |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Plaintiff-nonmovant, Petters Company, Inc., pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, submits the following corporate disclosure statement and states that there are no parent companies or publicly-held entities which own 10% or more stock of Petters Company, Inc.

Dated: October 6, 2004

                                                       Respectfully Submitted,

                                                       PETTERS COMPANY, INC.,

                                                       /s/ Mark M. Whitney
                                                       _____
                                                       Mark M. Whitney, Esq.,
                                                       BBO # 637054
                                                       MORGAN BROWN & JOY, LLP
                                                       One Boston Place
                                                       Boston, MA 02108
                                                       Telephone (617) 523-6666
                                                       Fax (720) 293-9696
                                                       *Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing document has been sent by regular mail to Mr. Duff Brace, *pro se movant*, 887 Broadway, Hanover, MA 02339, on the 6th day of October, 2004.

/s/ Mark M. Whitney
_____
Mark M. Whitney, Esq.

Case 1:04-cv-12124-DPW    Document 6    Filed 10/06/2004    Page 2 of 2