UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETTERS COMPANY, INC.,
Plaintiff

Case No. 03-3210 (JRT/FLN)
(District of Minnesota)

V.

Defendants.

STAYHEALTHY, INC.,
AMERISOURCEBERGEN
CORP., AMERISOURCEBERGEN
DRUG CORP.,
AMEROSOURCEBERGEN SERVICES
CORP., AND
BERGEN BRUNSWIG DRUG COMPANY.

C.A. NO. 1:104-CV-12124 – DPW

## AFFIDAVIT OF DUFF BRACE IN SUPPORT OF MOTION TO QUASH

1) I, Duff Brace declare as follows:

2) I am the third party witness who filed the motion to Quash deposition.

3) The facts set forth in this affidavit are true and correct of my own knowledge.

4) Dr. Roger A. Pompeo, M.D., a physician licensed by the Commonwealth of Massachusetts has served as my primary care physician for the past several years.

5) Attached hereto is a true and correct copy of a letter prepared by Dr. Pompeo regarding my present medical conditions and limitations on my ability to give a deposition.

6) I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on this 15th day of November 2004 at Hanover, MA

Duff Brace

cc: Joseph Sokolowski, Esq.
   Parsinen, Kaplan, Rosberg & Gotlieb
   Minneapolis, MN 55402

cc: Andrew Schiff, Esq.
   Klehr, Harrison & Harvey
   Philadelphia, PA 19102

cc: Robert Gardner - Adina, MN

cc: Scott P. Schomer, Esq.
   Borden Law Office
   Torrence, CA 90501

cc: David R. Marshall, Esq.
   Fredrikson & Byron, P.A.
   Minneapolis, MN 55402-1425

cc: Eric Macey, Esq.
   Novack & Macey
   Chicago, IL 60606

cc: Mark Whitney
   Morgan, Brown, & Joy
   Boston, MA



# Harbor Medical Associates<sup>PC</sup>

760 Chief Justice Cushing Highway
P.O. Box 138
Cohasset, MA 02025
781-383-9422 / fax 781-383-8024

Roger A. Pompeo, M.D.

11/8/04.

re: Mr. Duff Brace
DOB 11/10/42

Mr. Brace is under my care for depression and post Traumatic stress disorder. He continues to see Dr. Beckhart, a psychiatrist, and continues to need medication in order to function in any cognitive manner.

At this time I would expect, that as long as he takes his medication he may be able to witness on most but not all days. The added stress of court proceedings, giving testimony, may be too much to overcome the benefits of the medication.

This letter is written at the request of Mr. Brace for his use. It is my own accurate and uncoerced opinion.

Sincerely,

Roger A. Pompeo